**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

MARGARET GADSBY, FRANK MURPHY,
JOHN GARDINER, SR., RICHARD J.
BRUSSARD, JR., HOSPITAL BOUTIQUES, INC.,
JAMES TAYLOR, JODY TAYLOR, JEROME
KUTCHE, JAMES RIES, DONALD OINONEN,
CHARLES FEMMINELLA, JR.,

      Plaintiffs,

-vs-            Case No.  2:10-cv-680-FtM-36SPC

AMERICAN GOLF CORPORATION OF
CALIFORNIA, GOLF ENTERPRISES, INC.,

      Defendants.
_____

**ORDER**

  This matter comes before the Court on Plaintiffs' Motion to Extend Deadlines (Doc. #16) and Defendants' Unopposed Motion to Extend Deadline to Amend Pleadings (Doc. #17) both filed on March 1, 2011.  Plaintiff moves to extend the deadline to amend pleadings or add parties 20 calendar days from the later of the date this Court rules on Defendants' pending Motion to Dismiss the Complaint (Doc. #4) or the date Defendants deliver to Plaintiffs Defendants' documents in response to Plaintiffs' First Request for Production.  Defendants move to extend the deadline to amend pleadings or add parties to 90 days after the Defendants' answer is due.  The deadline in the Case Management and Scheduling Order to amend pleadings or add parties was March 1, 2011.

  The Court will extend the deadline to amend pleadings or add parties in this case, but not for a date uncertain.  The deadline will be extended by 90 days.  The Parties may move to amend

pleadings or add parties beyond the deadline set forth by the Court in this Order if needed.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion to Extend Deadlines (Doc. #16) is **GRANTED** in part. Defendants' Unopposed Motion to Extend Deadline to Amend Pleadings (Doc. #17) is **GRANTED** in part.

The deadline to amend pleadings or add parties in this case is extended to **May 30, 2011.**

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd   day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record