UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET GADSBY, FRANK MURPHY,
JOHN GARDINER, SR., RICHARD J.
BRUSSARD, JR., HOSPITAL BOUTIQUES, INC.,
JAMES TAYLOR, JODY TAYLOR, JEROME
KUTCHE, JAMES RIES, DONALD OINONEN,
CHARLES FEMMINELLA, JR.,

                  Plaintiffs,

-vs-                                    Case No.   2:10-cv-680-FtM-36SPC

AMERICAN GOLF CORPORATION OF
CALIFORNIA, GOLF ENTERPRISES, INC.,

                  Defendants.
_____

**ORDER**

       This matter comes before the Court on Plaintiffs' Amended Second Motion to Extend Deadlines (Doc. #26) filed on May 17, 2011.  Defendants filed a response in opposition (Doc. #28) on June 1, 2011.  Therefore, the Motion is now ripe for review.  Plaintiffs move the Court for an extension of the deadline to amend pleadings and add parties.  The Court previously extended the deadline to May 30, 2011.  (Doc. #18).  As grounds for an extension of the deadline, Plaintiffs state that there are pending issues related to discovery that Plaintiffs' and Defendants' counsel are currently working through.  Defendants oppose an extension of the deadline.

       The Court finds that good cause has not been demonstrated to extend the deadline to amend pleadings and add parties in this case.  This case was filed in October 2010 and Plaintiffs have had sufficient time to conduct discovery in order to determine whether any additional allegations or

parties needed to be added. Plaintiffs may move to amend pleadings or add parties beyond the deadline for good cause.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Amended Second Motion to Extend Deadlines (Doc. #26) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record