UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Margaret Gadsby, Frank Murphy, John Gardiner, Sr., Richard J. Brussard, Jr., Hospital Boutiques, Inc., James Taylor, Jody Taylor, Jerome Kutche, James Ries, Donald Oinonen, and Charles Femminella, Jr., | Case No. 2:10-cv-680 |
| Plaintiffs, | |
| v. | **ORDER** |
| American Golf Corporation of California and Golf Enterprises, Inc., | |
| Defendants. | |

This matter is before the Court on Defendants' Motion for Costs and Attorney's Fees (Docket No. 96.) Plaintiffs have appealed this Court's decision on Defendants' motion for summary judgment. Pending the outcome of that appeal, a decision on Defendants' Motion is premature.

Accordingly, **IT IS HEREBY ORDERED that** Defendants' Motion for Costs and Attorney's Fees (Docket No. 96) is **DENIED without prejudice**.

Dated:  February 14, 2013

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge